UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD R. WHITTINGTON,

          Petitioner,

v.

MAGGIE MILLER-STOUT,

          Respondent.

Case No. C12-269-TSZ

**ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Regarding Certificate of Appealability, docket no. 25, petitioner's objections thereto, docket no. 26, and petitioner's motion to liberally construe habeas corpus petition, docket no. 27, finds and Orders as follows:

1. The Report and Recommendation Regarding Certificate of Appealability is **ADOPTED**;

2. Petitioner is **DENIED** issuance of a certificate of appealability; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of January, 2013.

                                              THOMAS S. ZILLY
                                              United States District Judge